1Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

RECEIVED IN CLERK'S OFFICE
U.S.D.C. Atlanta
OCT 23 2020
JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT
for the
Northern District of Georgia
Civil Division

Case No. 1:20-CV-4353
(to be filled in by the Clerk's Office)

Deon D. Jones

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an

Jury Trial: (check) ☒ Yes ☐ No

US Northern Northern District Court of Georgia

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Non–Prisoner Complaint)

Page of 8

1Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s) Deon D. Jones

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| Name | Deon D. Jones | | |
|---|---|---|---|
| Address | 2571 Forrester Ct | | |
| | Lithia Springs | GA | 30122 |
| | City | State | Zip Code |
| County | USA | | |
| Telephone Number | (470) 432-1752 | | |
| E-Mail Address | deonjones1979@gmail.com | | |

deonjones1979@gmail.com

Defendant No. 1 United States Northern District Court of Georgia

| Name | United States Northern District court of Georgia | | |
|---|---|---|---|
| Job or Title *(if known)* | US Northern district of Georgia | | |
| Address | 75 Ted Turner DR NW #2211 | | |
| | Atlanta | GA | 30303 |
| | City | State | Zip Code |
| County | USA | | |
| Telephone Number | (404) 215-1600 | | |

1Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

E-Mail Address *(if known)*

☐ Individual capacity   ☐ Official capacity

Defendant No. 2
Name
Job or Title *(if known)*
Address

City            State            Zip Code

County
Telephone Number
E-Mail Address *(if known)*

☐ Individual capacity   ☐ Official capacity

Defendant No. 3
Name
Job or Title *(if known)*
Address

City            State            Zip Code

County
Telephone Number
E-Mail Address *(if known)*

☐ Individual capacity   ☐ Official capacity

Defendant No. 4
Name
Job or Title *(if known)*
Address

City            State            Zip Code

County
Telephone Number
E-Mail Address *(if known)*

☐ Individual capacity   ☐ Official capacity

Page of 8

1Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☒ Federal officials (a *Bivens* claim)

☐ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local official

Due Process

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Due Process

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under col of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Due Process in Civil Actions !
1:20-CV-3395 and 1:20-CV-3396

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in tl alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not c any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

A. Where did the events giving rise to your claim(s) occur?

    Judge Charles A Pannell committed a hate crime when he criminally dismissed Civil Action No. 1:20-CV-3395 and civil Action No. 1:20-CV-3396

B. What date and approximate time did the events giving rise to your claim(s) occur?

    10/13/2020

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what Was anyone else involved? Who else saw what happened?)*

    Judge Charles A. Pannell is attempting to "obstruct justice" in violating my civil rights of "due process" in dismissing Civil Action No. 1:20-CV-3395 and Civil Action 1:20-CV-3396 to obstruct justice in Civil Action No. 1:20-CV-3397 which is about to go to trail.
This trail will show Judge Charles A Pannell criminal behavior in criminally dismissing all of the lawsuits filed in Deon D. Jones vs. Lockheed Martin Corporation.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

1Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

My injuries are I lost the $250 million in damages that would have been awarded in Civil Action No. 1:20-CV-3395.and I lost $500 million in damages that would have been awarded in Civil Action No. 1:20-CV-3396

This invalid court ruling also puts the Plaintiff's life at risk of being abducted and murdered by the hands of these official thugs! Intentional emotional distress, gross negligence

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statut(
If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed f
the acts alleged. Explain the basis for these claims.

I demand that this court system stop violating my Civil rights and award the Plaintiff the damages lost in said complaints as well as $250 million in Punitive Damages for this court egregious actions.

The Plaintiff demands that civil Action No. 1:20-CV-3396 be reopened and adjudicated as the constitution requires.
Intentional Emotional

1Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information,
and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    10/23/2020

Signature of Plaintiff    *Dean D. Jones*

Printed Name of Plaintiff    DEON D. JONES

### B. For Attorneys

Date of

Signature of Attorney

Printed Name of

Bar Number

Name of Law Firm

Address

City    State    Zip Code

Telephone Number

E-mail Address

Page of 8

1Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Page of 8